UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2010 AUG 27 P 12: 17

BY_____
         DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim No. 10-125-B-W |
| v. ) | |
| ) | 29 U.S.C. § 501(c) |
| BERNARDETTE BEAL ) | |

### INFORMATION

The United States Attorney charges:

From about June 7, 2005 to about January 20, 2009, in the District of Maine, the Defendant,

Bernardette Beal,

while an officer, that is president of the American Federation of Teachers, AFL-CIO, Downeast Federation of Healthcare Professionals, Local 5073, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use, and the use of another, the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $25,536.91.

All in violation of Title 29, United States Code, Section 501(c).

*/s/ Nancy Torresen*

(Assistant) UNITED STATES ATTORNEY

Dated: 7/22/2010